**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Civ. No. 1:15-cv-00689 (RDM) |

# JOINT STATUS REPORT

Plaintiff Judicial Watch and Defendant United States Department of State ("State") hereby submit this joint status report in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. On April 4, 2016, State provided Plaintiff with a draft *Vaughn* index as agreed to in the parties' joint status report of March 21, 2016. Thereafter, the parties met and conferred and discussed the contents of that index and the way ahead in this litigation.

The parties had a productive discussion and agreed to narrow the issues for briefing. Plaintiff intends to challenge whether or not State fulfilled its obligation under FOIA to undertake a search that is reasonably calculated to uncover all relevant documents and the responsiveness determinations associated with that search. Plaintiff will not challenge the redactions described in the draft *Vaughn* Index.

Therefore, the parties propose the following briefing schedule:

Defendant's Motion for Summary Judgment due by June 15, 2016;
Plaintiff's Opposition and Cross Motion due by July 15, 2016;
Defendant's Reply/ Opposition to Cross Motion due by Aug. 15, 2016;
Plaintiff's Reply to Cross Opp. due by Sept. 15, 2016.

Dated: April 18, 2016 Respectfully submitted,

/s/ *Lauren M. Burke*
D.C. Bar No. 1028811
Christopher A. Fedeli
D.C. Bar No. 472919

Judicial Watch
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172

*Counsel for Plaintiff*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Andrew E. Carmichael*
Trial Attorney
VA Bar No. 76578
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm.7218
Washington, D.C. 20530
Tel: (202) 514-3346
Fax: (202) 305 2685
Email: andrew.e.carmichael@usdoj.gov

*Attorneys for Defendant*